# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV140

| | |
|---|---|
| PARAMONT PICTURES CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM MAURICE, <br><br> Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** on Alexandra N. DeNeve's Motion for Admission *Pro Hac Vice*. It appearing that Alexandra N. DeNeve is a member in good standing with the New York State Bar and the Bar of the State of Illinois, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) Alexandra N. DeNeve's Motion for Admission *Pro Hac Vice* is **GRANTED**; and

(2) Alexandra N. DeNeve remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: September 27, 2006

_____
David C. Keesler
United States Magistrate Judge